# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Boundless, LLC, | Civil File No. 25-cv-00369-WMC-amb |
| Plaintiff, | In Admiralty |
| v. | |
| Marina Management, Inc., and the City of Washburn, | |
| Defendants. | |

### STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER
_____

Pursuant to Fed. R. Civ. P. 16(b)(4), the parties in the above-captioned action, respectfully seek to modify the Court's Preliminary Pretrial Conference Order (Doc. #16). Counsel for the parties met and conferred on January 19, 2026 and agree that under the circumstances described herein, good cause exists to modify the Preliminary Pretrial Conference Order for a brief period of sixty (60) days.

As the Court is aware, Plaintiff retained new counsel on January 12, 2026. (*See* Notice of Appearance Doc. #26.)  Plaintiff's counsel is currently in the process of reviewing the file in this matter to ensure that it is able to become well-versed in the status of the case promptly.  Upon entry, it was relayed to new counsel for Plaintiff that no depositions have been conducted, to date, and that certain necessary discovery remains outstanding, including but not limited to, document productions. To allow for newly entered counsel to become properly apprised of the status of the case and to further allow

1

the parties to address outstanding discovery to be completed, including but not limited to, written discovery, outstanding document productions, and the scheduling and holding of depositions in this matter, the parties, through their undersigned counsel, hereby stipulate that good cause exists to amend the Court's Preliminary Pretrial Conference Order (Doc. #16). Counsel have agreed that a 60-day extension of the current deadlines will be sufficient for clients and counsel to resume and complete discovery and depositions. Therefore, based upon the foregoing, the parties jointly stipulate and move to amend the Pretrial Conference Order to allow for the completion of necessary discovery as follows:

1. **Disclosure of Liability Experts:**
   Proponent:   March 26, 2026
   Respondent: April 27, 206

2. **Deadline for Filing Dispositive Motions:** June 1, 2026

3. **Discovery Cutoff:** September 8, 2026

4. **Settlement Letters**:  September 15, 2026

5. **Rule 26(a)(3) Disclosures and all motions in limine**: September 22, 2026

   **Responses**:   October 6, 2026

6. **First Final Pretrial Conference**: October 17, 2026
   **Second Final Pretrial Conference**: October 24, 2026

7. **Trial**: October 30, 2026

                                         **CHESTNUT CAMBRONNE PA**

Date:  January 21, 2026          /s/ *Jennifer J. Crancer*
                                         Brian Toder (#1113115)
                                         Jennifer J. Crancer (#1118726)
                                         100 Washington Ave S., Suite 1700
                                         Minneapolis, MN 55401
                                         Telephone: (612) 339-7300
                                         btoder@chestnutcambronne.com
                                         jcrancer@chestnutcambronne.com

                                         ***ATTORNEYS FOR PLAINTIFF***


                                         **WILSON ELSER MOSKOWITZ**
                                         **EDELMAN & DICKER, LLP**

Date:  January 21, 2026          */s/ Jessica L. Rowe*
                                         Jessica L. Rowe (State Bar #1100844)
                                         Samuel Obscherning (State Bar #1127588)_
                                         555 East Wells St., Suite 1730
                                         Milwaukee, WI 53202
                                         Telephone: (414) 292-3020
                                         Jessica.Rowe@wilsonelser.com
                                         Samuel.Obscherning@wilsonelser.com

                                         ***ATTORNEYS FOR DEFENDANT MARINA MANAGEMENT, INC.***


                                         **ANICH, WICKMAN & LINDSEY S.C.**

Date:  January 21, 2026          */s/ Max T. Lindsey*
                                         Max T. Lindsey (State Bar #1112865)
                                         220 6th Ave. West
                                         P.O. Box 677
                                         Ashland, WI 54806
                                         Telephone: (715) 682-9114
                                         mlindsey@ashlandlawyers.com

                                         ***ATTORNEY FOR DEFENDANT CITY OF WASHBURN***