Boundless, LLC,

        Plaintiff,

v.

Marina Management, Inc. and the City of
Washburn,

        Defendants.

Case No: 2025CV00369

---

## DECLARATION OF JESSICA L. ROWE IN SUPPORT OF DEFENDANT'S MOTION TO AMEND PRETRIAL CONFERENCE ORDER

Pursuant to 28 U.S.C. § 1746, I, Jessica L. Rowe, state and declare as follows:

1. I am an attorney with the law firm of Wilson Elser Moskowitz Edelman & Dicker LLP, and am counsel of record for Defendant Marina Management, Inc. ("MMI") in the above-captioned matter. I am licensed in the State of Wisconsin and admitted to practice in this Court.

2. Attached as Exhibit 1 is a true and correct copy of email correspondence between MMI's counsel's office and Plaintiff's counsel's office regarding a second inspection.

3. Attached as Exhibit 2 is a true and correct copy of plaintiff's expert report that is based on the undisclosed inspection, previously marked as Exhibit C to Plaintiff's Expert Witness Disclosures.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 17, 2026            *Electronically signed by: /s/ Jessica L. Rowe*