**EXHIBIT 1**

**Rowe, Jessica**

| | |
|---|---|
| **From:** | Rowe, Jessica |
| **Sent:** | Friday, January 23, 2026 10:59 AM |
| **To:** | 'Jennifer Crancer'; mlindsey@ashlandlawyers.com |
| **Cc:** | Brian Toder; Obscherning, Samuel |
| **Subject:** | RE: Boundless LLC v. Marina Management, Inc. and the City of Washburn - 2025-cv-00369-WMC-amb |

Jennifer,

We spoke with our expert and we are available 2/16 – 2/18 for the second inspection. Please let us know what date works best on your end.

Thank you.


Jessica Rowe
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
555 East Wells St. Suite 1730
Milwaukee, WI 53202
414.260.7694 (Direct)
262.388.1724 (Cell)
414.276.8816 (Main)
414.276.8819 (Fax)
jessica.rowe@wilsonelser.com

**From:** Jennifer Crancer <jcrancer@chestnutcambronne.com>
**Sent:** Monday, January 19, 2026 3:37 PM
**To:** Rowe, Jessica <Jessica.Rowe@wilsonelser.com>; mlindsey@ashlandlawyers.com
**Cc:** Brian Toder <BToder@chestnutcambronne.com>; Obscherning, Samuel <Samuel.Obscherning@wilsonelser.com>
**Subject:** RE: Boundless LLC v. Marina Management, Inc. and the City of Washburn - 2025-cv-00369-WMC-amb

> EXTERNAL EMAIL - This email originated from outside the organization.

All – Also attached is the draft proposed order to be filed with the stipulation.



Thanks,
Jen



**Jennifer J. Crancer | Attorney**
100 Washington Avenue South, Suite 1700
Minneapolis, MN  55401-2138
(T) 612.767.3612  (F) 612.336.2940

**Rowe, Jessica**

| | |
|---|---|
| **From:** | Jennifer Crancer <jcrancer@chestnutcambronne.com> |
| **Sent:** | Tuesday, February 3, 2026 12:22 PM |
| **To:** | Obscherning, Samuel |
| **Cc:** | Rowe, Jessica; Fisher, Waverly; Brian Toder |
| **Subject:** | RE: Boundless v. Marina Management Discovery |

EXTERNAL EMAIL - This email originated from outside the organization.

Sam,

Thanks for the update.  Understood on the need for confirmation on the inspection. I have a call with our expert tomorrow. I should have an update for you thereafter.

 Jennifer



**Jennifer J. Crancer** | **Attorney**

100 Washington Avenue South, Suite 1700
Minneapolis, MN  55401-2138
(T) 612.767.3612  (F) 612.336.2940
*Licensed in Minnesota, Wisconsin, and Missouri*
<u>website</u> | <u>bio</u> | <u>vCard</u>

Confidentiality Notice:  The information contained in this email is confidential, may be legally privileged, and is intended only for the use of the intended recipient.  If the reader of this email transmission is not the intended recipient, you are advised that any dissemination, distribution, or copying of this email is strictly prohibited.  If you have received this email in error, please immediately notify Chestnut Cambronne PA by telephone at 612.339.7300 or by reply email, discard any paper copies, and permanently delete this email.

**From:** Obscherning, Samuel <Samuel.Obscherning@wilsonelser.com>
**Sent:** Tuesday, February 3, 2026 12:19 PM
**To:** Jennifer Crancer <jcrancer@chestnutcambronne.com>
**Cc:** Rowe, Jessica <Jessica.Rowe@wilsonelser.com>; Fisher, Waverly <Waverly.Fisher@wilsonelser.com>; Brian Toder <BToder@chestnutcambronne.com>
**Subject:** RE: Boundless v. Marina Management Discovery

Hi Jennifer,

Just waiting for confirmation from the City's counsel and then we'll file it.

Do you have any updates regarding the inspection? We need to confirm with our expert as soon as possible.

Thanks,

| **From:** | Jennifer Crancer <jcrancer@chestnutcambronne.com> |
| **Sent:** | Wednesday, February 4, 2026 11:33 AM |
| **To:** | Rowe, Jessica; Obscherning, Samuel |
| **Cc:** | Max Lindsey; Brian Toder |
| **Subject:** | RE: Boundless - Depositions and Inspection |

EXTERNAL EMAIL - This email originated from outside the organization.

Jessica - If needed, we could look to the week of March 23.





**Jennifer J. Crancer** | **Attorney**

100 Washington Avenue South, Suite 1700

Minneapolis, MN 55401-2138

(T) 612.767.3612 (F) 612.336.2940

*Licensed in Minnesota, Wisconsin, and Missouri*

website | bio | vCard

---

Confidentiality Notice: The information contained in this email is confidential, may be legally privileged, and is intended only for the use of the intended recipient. If the reader of this email transmission is not the intended recipient, you are advised that any dissemination, distribution, or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify Chestnut Cambronne PA by telephone at 612.339.7300 or by reply email, discard any paper copies, and permanently delete this email.

**From:** Rowe, Jessica <Jessica.Rowe@wilsonelser.com>
**Sent:** Wednesday, February 4, 2026 11:32 AM
**To:** Jennifer Crancer <jcrancer@chestnutcambronne.com>; Obscherning, Samuel <Samuel.Obscherning@wilsonelser.com>
**Cc:** Max Lindsey <mlindsey@ashlandlawyers.com>; Brian Toder <BToder@chestnutcambronne.com>
**Subject:** RE: Boundless - Depositions and Inspection

Hi Jennifer,

We will check on the dates for depositions. Do you have alternative potential dates for the inspection?

Thank you.


Jessica Rowe
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
555 East Wells St. Suite 1730
Milwaukee, WI 53202
414.260.7694 (Direct)

262.388.1724 (Cell)
414.276.8816 (Main)
414.276.8819 (Fax)
jessica.rowe@wilsonelser.com

---

**From:** Jennifer Crancer <jcrancer@chestnutcambronne.com>
**Sent:** Wednesday, February 4, 2026 11:17 AM
**To:** Rowe, Jessica <Jessica.Rowe@wilsonelser.com>; Obscherning, Samuel <Samuel.Obscherning@wilsonelser.com>
**Cc:** Max Lindsey <mlindsey@ashlandlawyers.com>; Brian Toder <BToder@chestnutcambronne.com>
**Subject:** RE: Boundless - Depositions and Inspection

EXTERNAL EMAIL - This email originated from outside the organization.

Good morning,

I am reaching out on two matters on this case.

First, plaintiff will not be proceeding with any intrusive testing or any inspection on February 17-18. You may remove that date from your calendar.

Secondly, plaintiff would like to schedule dates for the depositions of Michelle Shrider, Bob Hagstrom, Thomas Grupstra, Jack Basina, Christopher Dale, Kevin Travis, and Nicholas Rippel. We would like to take Michelle's deposition first. Would the week of March 30 work? I also have March 26 available for Michelle, but it may be most efficient to do them back-to-back (or as closely as we can do so) in the same week.

Thank you,
  Jennifer





**Jennifer J. Crancer | Attorney**
  100 Washington Avenue South, Suite 1700
  Minneapolis, MN  55401-2138
  (T) 612.767.3612  (F) 612.336.2940
  *Licensed in Minnesota, Wisconsin, and Missouri*
  website | bio | vCard

---

Confidentiality Notice:  The information contained in this email is confidential, may be legally privileged, and is intended only for the use of the intended recipient.  If the reader of this email transmission is not the intended recipient, you are advised that any dissemination, distribution, or copying of this email is strictly prohibited.  If you have received this email in error, please immediately notify Chestnut Cambronne PA by telephone at 612.339.7300 or by reply email, discard any paper copies, and permanently delete this email.

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking

with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.

Thank you.