# Executive Marine Services, LLC

# Limited Inspection of Hull Damage and Repairs

## "Boundless"

Prepared Exclusively for

## Chestnut Cambronne PA

## *SURVEY DATA*

| | |
|---|---|
| **Vessel Name and Hail Port:** | "Boundless" Newport, RI |
| **Owner:** | Helmut Mauer 130 Bellevue Ave Newport, RI 02840 |
| **Survey requested by:** | Jennifer Crancer Chestnut Cambronne PA 100 Washington Ave Minneapolis MN 55401 |
| **Survey Date:** | 1/24/26 |
| **Survey Location:** | Washburn Marina 1 Marina Dr Washburn, WI 54981 |
| **Weather Conditions:** | -22°F to -18°F, clear skies, SW winds, 6-7 kts. The boat was stored in an unheated uninsulated, shrink-wrap shed. |
| **Attending at Survey:** | Dwight Escalera, Helmut Mauer, Scott McCafferty |
| **Purpose of Survey:** | This survey was requested to determine the extent of damage and necessary repairs to return the boat to its original condition. |

Acceptance and use of this report by the Client acknowledges the Client's understanding that the report has been composed of information that is believed to be true after reasonable investigation and inquiry but is not warranted to be so. The information was obtained without drilling, diving, ultrasonics, cleaning or opening up to expose parts or conditions ordinarily concealed. There were no tests for tightness or soundness conducted other than the conditions noted visually.

Acceptance and use of this report acknowledges the Client's understanding that no determination of stability or structural strength has been made and no opinion is

This document Copyrighted by Executive Marine Services, LLC 2026
Unauthorized use is prohibited.


expressed.

Acceptance and use of this report acknowledges the Client's understanding that Executive Marine Services, LLC does not accept any responsibility for damage or deterioration not found or discovered during the course of survey, nor for consequential damage, deterioration or loss due to any error or omission.

The Client hereby undertakes to keep Executive Marine Services and its employees, agents and subcontractors indemnified and to hold them harmless against all actions, proceedings, claims, demands or liabilities whatsoever or howsoever arising which may be brought against them or incurred or suffered by them, and against and in respect of all costs, loss, damages and expenses (including legal costs and expenses on a full indemnity basis) which Executive Marine Services may suffer or incur (either directly or indirectly) in the course of the services under these Conditions.

Notwithstanding the above clause, in the event that the Client proves that the loss, damage, delay or expense was caused by the negligence, gross negligence or willful default of Executive Marine Services aforesaid, then, save where loss, damage, delay or expense has resulted from Executive Marine Services' personal act or omission committed with the intent to cause same or recklessly and with knowledge that such loss, damage, delay or expense would probably result, Executive Marine Services' liability for each incident or series of incidents giving rise to a claim or claims shall never exceed a sum calculated on the basis of ten times Executive Marine Services' charges.

## *VESSEL INFORMATION*

| | | |
|---|---|---|
| **Vessel Type:** | Sailing auxiliary | |
| **Builder:** | Gulfstar Yachts (no longer in business) | |
| **Model:** | Gulfstar 60 | |
| **Model Year:** | 1982 | |
| **Hull Identification Number:** | GFS62001M82B | |
| **Vessel colors:** | **Hull:** | White |
| | **Deck:** | White |
| | **Deck Non-Skid:** | Teak |
| | **Bottom Paint:** | Black |
| **LOA:** | 60 ft 6 in | |
| **LWL:** | 48 ft 4 in | |
| **Beam:** | 16 ft | |
| **Draft:** | 9 ft | |

This document Copyrighted by Executive Marine Services, LLC 2026
Unauthorized use is prohibited.

401-369-0487 ✦ www.ExecMarine.com



# Limited Inspection of Hull Damage and Repairs

64 Deer Trail Road Wakefield, RI 02879

| | |
|---|---|
| **Displacement:** | 60,020 lbs |
| **Ballast:** | 17,000 lbs |
| **Designed By:** | RC Lazzarra |
| **Registration Type:** | Federally documented # 659445, not observed. USCG database lists the documentation as current. |
| **Hull Construction:** | Molded fiberglass composite, cored laminate. The outer skin was reportedly sanded and sealed as a treatment for osmotic blistering. No defects were observed. |
| **Hull Surface Finish:** | The anti-fouling paint on the hull underbody appeared well attached and in good condition. |
| **Hull Percussion Testing:** | The hull was percussion tested to a radius of two feet around the stern tube and propeller shaft. Good sounds were produced throughout. |
| **Keel:** | The boat was built with ballast internal to the fiberglass keel, molded integral with the hull. |
| **Engine:** | Steyr, model SE236E40, 228 HP, S/N 682390717. |
| **Shaft:** | Two inch diameter stainless steel, propeller shaft. The shaft is reported to be 16 feet long. |
| **Shaft Log:** | A fiberglass shaft log was bonded into the hull, exiting the aft edge of the keel, just below the level of the hull canoe body. |
| **Strut:** | The strut, bolted to the hull surface aft of the keel, supported the propeller shaft. The shaft was reportedly manufactured by AB Marine who has the specs of file. |
| **Cutless Bearings:** | (2) Cutless bearings were mounted in the strut and the aft end of the shaft log. The cutless bearings, reportedly replaced during the refit, appeared in good condition |
| **Skeg:** | The rudder is mounted to a skeg that is molded integral with the hull. |

## *DESCRIPTION OF INCIDENT*

Boundless was launched on May 15, 2024 for sea trials following a partial refit. Upon conclusion of the sea trials, the boat was hauled on October 3, 2024, at

This document Copyrighted by Executive Marine Services, LLC 2026
Unauthorized use is prohibited.

# Limited Inspection of Hull Damage and Repairs

Washburn Marina.  During the haul out, the aft lifting strap was improperly positioned under the propeller shaft.  As the propeller shaft cleared the water, this was noticed and boat was lowered back in to the water.  The strap was then properly positioned and the boat lifted again.  The shaft, which is not intended to support the weight of the boat, bent.  As the shaft is supported by the shaft log and shaft strut, the integrity of these items is also in question.

## *FINDINGS*

| | |
|---|---|
| **Shaft Longitudinal Clearance:** | The longitudinal clearance between the aft end of the shaft and the skeg was measured at 46 inches. |
| **Bearing Spacing:** | The spacing between the two cutless bearings was measured as approximately 68 inches. |
| **Shaft:** | A block of wood was temporarily fixed, close to but not touching the shaft, midway between the shaft log and the strut.  As the shaft was turned, the space between the shaft and the wood was visually observed to vary.  The runout was estimated by eye at 0.025".  As recommended by ABYC P-6, table-3, the runout for a 16 foot shaft should be less than 0.010". |
| **Shaft Longitudinal Clearance:** | The longitudinal clearance between the aft end of the shaft and the skeg was measured at 46 inches. |
| **Bearing Spacing:** | The spacing between the two cutless bearings was measured as approximately 68 inches. |

## *SCOPE OF DAMAGE*

The shaft is bent.  The condition of the cutless bearings and shaft log is unconfirmed.

This document Copyrighted by Executive Marine Services, LLC 2026
Unauthorized use is prohibited.



## *RECOMMENDATIONS*

**Shaft:**            Recommend that the shaft be removed from the boat and replaced.

Note: as the length shaft prevents removal from the boat by pulling it aft due to the skeg, it will need to be removed by pulling it forward. This will require that the engine be disconnected and raised sufficiently to pull the shaft underneath. There are several ancillary components that will need to the disconnected in order to move the engine, including the Aqua-Drive bearing, just aft of the engine; portions of the engine exhaust system, above the engine; the engine start battery and portions of the electrical system, mounted just forward of the engine. Due to the weight of the engine, a crane is needed to lift the engine.

**Cutless Bearings:** Recommend that the cutless bearings be removed and checked for damage and if necessary, they should be replaced.

**Shaft Log:** Recommend that the shaft log in the area of the cutless bearing be examined for damage with necessary repair or replacement as needed.

**Hull Structure:** Recommend that the hull structure in the vicinity of the shaft log and cutless bearing be closely evaluated to determine is laminate has been damaged. In the event any cracks or poor percussion sounds are observed, the depth of this damage should be evaluated. This is typically performed by grinding away the damaged material until solid laminate is reached. Any material removed should be replaced with like material.

This document Copyrighted by Executive Marine Services, LLC 2026
Unauthorized use is prohibited.



64 Deer Trail Road Wakefield, RI 02879

# Limited Inspection of Hull Damage and Repairs

## *ESTIMATES*

As the yard would not allow the boat inside the workshed, a winter storage shelter was needed to protect the boat over the winter.  This will need to be disassembled and removed in order to move the boat.  The estimate of $32000 to remove the shelter was provided by Helmut Mauer.

The attached proposal from Sprocket Industries details the removal and replacement of the shaft.  In order to move the boat into the building, the mast will need to be removed.  This is detailed in the second proposal from Sprocket Industries.

Not covered by these proposals are additional costs for the separate charge for a mobile crane quoted verbally by Vic's Crane in Superior, WI at $6000 for the 18 total hours estimated on two separate days to unstep and restep the mast.

A quote from AB Marine of Middletown, RI details cost for the shaft at $5943 FOB Middletown.  The cost for the cutless bearins is shown on the page from the Internet supplier Defender.

As the mast cannot be stored onsite at Washburn Marina, a quote from Foster Trucking is provided n the amount of $1600 to transport the mast to a separate location.   Quotes of 3488.36 and $410.40 to Tomlinson's to load and unload the mast on the trailer, and $7000 for storage.

It is assumed that the Washburn Marina Travellift will be provided to move the boat from its present location, launch it so the mast can be removed, then hauled and moved into the Washburn Marina workshed so the work can be performed.  Following completion of the work.  the Washburn Marina Travellift will be used to launch the boat.  It is also assumed that Washburn Marina will cover the cost of using their building and gantry crane to complete this work.

| Description | Estimate |
|---|---|
| Remove storage shelter – Provided by Hulmut Mauer | $32,000 |
| Replace shaft and bearings – Sprocket Industries | $47,500 |
| Unstep mast – Sprocket Industries | $9,600 |
| Crane charge – Vic's Crane | $6,000 |
| Shaft – AB Marine | $5,943 |
| Cutless bearings – Defender Marine | $475 |
| Shipping and misc expenses $500 | $1,000 |

This document Copyrighted by Executive Marine Services, LLC 2026
Unauthorized use is prohibited.



# Limited Inspection of Hull Damage and Repairs

| | |
|---|---|
| Trucking the mast to offsite storage – Foster Trucking | $3,200 |
| Loading and unloading the mast – Tomlinsons | $3,898 |
| Offsite storage | $7,000 |
| | $116616 |

This document Copyrighted by Executive Marine Services, LLC 2026
Unauthorized use is prohibited.



# Limited Inspection of Hull Damage and Repairs

64 Deer Trail Road Wakefield, RI 02879

**Sprocket Industries LLC**
79 Miantonomi Ave
Middletown, RI 02842

## Proposal

Proposal Date: 2/24/2026
Proposal #: 10
Project:

**Bill To:**

Dwight Escalera
1982 Gulfstar 6062

| Description | Est. Hours/Qty. | Rate | Total |
|---|---|---|---|
| Remove and replace defective prop shaft. To include, removal and reinstallation of Propeller, shaft zinc, cutlass bearing, shaft seal, engine and accessories (if needed), engine alignment | 1 | 36,000.00 | 36,000.00 |
| Travel expenses/ lodging | 1 | 9,000.00 | 9,000.00 |
| Additional allowance for tooling, travel, other related expenses | 1 | 2,500.00 | 2,500.00 |
| | | | |
| | | | |
| | | | |
| No Materials are included. All replacement parts/ consumables are to provided or will incur an additional cost. Can provide mast removal and reinstall step/ tune service at additional cost. | | 0.00 | 0.00 |
| Weather or travel delays, along with other variables including but not limited to shipyard crane/ rigging support, may increase the cost of the labor indicated above. 25% deposit to be paid in advance, with balance due upon completion of job. | | | |
| Additional work outside scope of this estimate will be billed on a Time and Material rate, $200/ man hour. | | | |
| Possibility of structural frame/ fiberglass damage to hull and shaft log. Extent of damage will not be revealed till thorough inspection and disassembly. No structural, fiberglass, paint work is included in this proposal. | | | |
| Tax not included | | 0.00 | 0.00 |
| | **Total** | | **$47,500.00** |

This document Copyrighted by Executive Marine Services, LLC 2026
Unauthorized use is prohibited.

401-369-0487 ✦ www.ExecMarine.com



# Limited Inspection of Hull Damage and Repairs

**Sprocket Industries LLC**
79 Miantonomi Ave
Middletown, RI 02842

## Proposal

**Proposal Date:** 2/25/2026
**Proposal #:** 11
**Project:**

**Bill To:**

Dwight Escalera
1982 Gulfstar 6062

| Description | Est. Hours/Qty. | Rate | Total |
|---|---|---|---|
| Destep, prep, step, tune mast | 1 | 9,600.00 | 9,600.00 |
| Tax not included | | 0.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | | | **Total** | $9,600.00 |

This document Copyrighted by Executive Marine Services, LLC 2026
Unauthorized use is prohibited.

401-369-0487 ✦ www.ExecMarine.com



# Limited Inspection of Hull Damage and Repairs



**Geoff Prior**
Aquamet-22 SS 2.00" dia. Shaft Quote - Dwight Escalera
To: Dwight Escalera,   Cc: Brendan Prior

Inbox - Execmarine    February 6, 2026 at 9:51 AM

Details

Hi Dwight,

Thank you for contacting **AB Marine**, the North American & Caribbean dealer for **GORI** folding propellers, **Variprop GP**, **Variprofile** & **Autoprop** feathering propellers, **Michigan Wheel** Fixed propellers, **Hundested** controllable pitch propellers & **OMS** thrusters, **Lasdrop** dripless shaft seal, **Lyngaa** propulsion control systems, **Moonlight** Hatches & Portlights, **Shaft Shark** line & weed cutter, **SigmaDrive** constant velocity joint, **Autolock** shaft brake, **easyLOCK** jammers and stocks a full inventory of product, factory supplied parts & zincs in house.

Below is the quote for a Aquamet-22, 2.00" diameter SAE taper, shaft 16ft long.
We will need to confirm actual dimensions on order, i.e. Length to start of taper.

**SS-2** AQ-22 SS SHAFTING PER INCH Qty – 192" - Cost $5,650 T

**MS-2** SS SHAFT MACHINED
Single taper with Std SAE 2.00" taper and no coupling taper on Fwd. shaft end. (straight) – Qty (1) – Cost $28.00

**PSK-200** PROP SHAFT KIT FOR 2.00" SHAFT – Qty (1) - Cost $175.00

**FRT** CRATE FOR SHIPPING & HANDLING Qty (1) – Cost $90.00

Shipping cost to be supplied on getting ship to address.

Any questions just call or email.

To order, please confirm all dimensions, the ship to address, your full credit card info. (Visa or MasterCard), including card #, expiry date, name on the card, card bill to address with zip/postal code & the 3-digit security verification # from the back of the card.

Yours sincerely,

Geoff Prior

AB Marine
747 Aquidneck Ave.
Middletown, RI 02842
Office Ph: 401.847.7960
Cell: 401.578.3447
WhatsApp: 401.578.3447
Web: www.AB-Marine.com

Dealer for: **GORI** folding propeller ~ **Variprop GP**, **Variprofile** & **Autoprop** feathering propellers ~ **Michigan Wheel** Fixed propellers ~ **Hundested** controllable pitch propellers & **OMS** thrusters ~ **Lasdrop** Dripless shaft seals ~ **Lyngaa** Propulsion Control Systems ~ **Moonlight** Hatches & Portlights ~ **Shaft Shark** line & weed cutter ~ **SigmaDrive** constant velocity joint ~ **Autolock** shaft brake ~ **easyLOCK** jammers

This document Copyrighted by Executive Marine Services, LLC 2026
Unauthorized use is prohibited.

401-369-0487 ✦ www.ExecMarine.com





This document Copyrighted by Executive Marine Services, LLC 2026
Unauthorized use is prohibited.



**Executive Marine Services, LLC**

64 Deer Trail Road Wakefield, RI 02879

File #EI2601

# Limited Inspection of Hull Damage and Repairs

"Boundless"
Chestnut Cambronne PA

**JEFF FOSTER TRUCKING, INC.**
**P.O. BOX 367**
**SUPERIOR, WI 54880**
**(715)394-6099**
**(715)394-4038 FAX**

| Invoice Number: S767200 |
| --- |

**Shipper:** UNKNOWN

UNKNOWN, XX

**Consignee:** UNKNOWN

UNKNOWN, XX

**Bill To:** HELMUT MAUER

Washburn, WI 54891

**Remit To:** Jeff Foster Trucking
P.O. Box 367
Superior, WI 54880

Terms are 15 Days from Receipt of Invoice.
Monthly service charge of 1.5%.
Thank You!

| Reference # | Billing Date | Ship Date | Delivery Date |
| --- | --- | --- | --- |
| REF: SAILBOAT MAST | 01/01/50 | 03/02/26 | 03/02/26 |

| Description | Weight | Quantity | Rate | Charges |
| --- | --- | --- | --- | --- |
| Other Misc. Move from Washburn Marina,  to Green Giant Storage | | 1 | 1,600.00 Flat | $1,600.00 |
| | | | **Total Due:** | **$1,600.00** |

Moving a sailboat mast on stretch flatbed due to length(oversize load and Permit)

SSRS_JeffFoster_Invoice                    1                    3/2/2026 5:17:17 PM

This document Copyrighted by Executive Marine Services, LLC 2026
Unauthorized use is prohibited.

401-369-0487 ✦ www.ExecMarine.com



64 Deer Trail Road Wakefield, RI 02879

# Limited Inspection of Hull Damage and Repairs

**JEFF FOSTER TRUCKING, INC.**
**P.O. BOX 367**
**SUPERIOR, WI 54880**
**(715)394-6099**
**(715)394-4038 FAX**

| Invoice Number: S767200 |
| --- |

**Shipper:** UNKNOWN

UNKNOWN, XX

**Consignee:** UNKNOWN

UNKNOWN, XX

**Bill To:** HELMUT MAUER

Washburn, WI 54891

**Remit To:** Jeff Foster Trucking
P.O. Box 367
Superior, WI 54880

Terms are 15 Days from Receipt of Invoice.
Monthly service charge of 1.5%.
Thank You!

| Reference # | Billing Date | Ship Date | Delivery Date |
| --- | --- | --- | --- |
| REF: SAILBOAT MAST | 01/01/50 | 03/02/26 | 03/02/26 |

| Description | Weight | Quantity | Rate | Charges |
| --- | --- | --- | --- | --- |
| Other Misc. Move from Green Giant Storage to Washburn Marina | | 1 | 1,600.00 Flat | $1,600.00 |
| | | | **Total Due:** | **$1,600.00** |

Moving a sailboat mast on stretch flatbed due to length(oversize load and Permit)

SSRS_JeffFoster_Invoice                     1                     3/2/2026 5:20:35 PM

This document Copyrighted by Executive Marine Services, LLC 2026
Unauthorized use is prohibited.

401-369-0487 ✦ www.ExecMarine.com




This document Copyrighted by Executive Marine Services, LLC 2026
Unauthorized use is prohibited.

Page 14 of 22



# Limited Inspection of Hull Damage and Repairs

64 Deer Trail Road Wakefield, RI 02879



## *CONCLUSION*

In accordance with the request by Chestnut Cambronne for a Limited Inspection of Hull Damage of "Boundless," I herewith submit my conclusion based upon the preceding report. As specified in the recommendations, the shaft and cutless bearings should be removed to provide access to evaluate the laminate of the shaft log and adjacent hull structure. Any damaged laminate should be removed and replaced with like materials as needed.

The shaft and cutless bearings should be replaced.

This document Copyrighted by Executive Marine Services, LLC 2026
Unauthorized use is prohibited.

## CERTIFICATION

I certify that, to the best of my knowledge and belief:

The statements of fact contained in this report are true and correct.

The reported analysis, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and represents my personal, unbiased professional analysis, opinions, and conclusions.

I have no present or prospective interest in the vessel that is the subject of this report, and I have no personal interest or bias with respect to the parties involved.

My compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulate result, or the occurrence of a subsequent event.

I have made a personal inspection of the vessel that is the subject of this report.

This report should be considered as an entire document. No single section is meant to be used except as a part of the whole.

This report is submitted without prejudice and for the benefit of whom it may concern. It does not constitute a warranty, either expressed, or implied, nor does it warrant the future condition of the vessel. It is a statement of the condition of the vessel at the time of the survey only.

Dated: 3/4/26

Dwight C. Escalera,
SAMS ® AMS #1024

This document Copyrighted by Executive Marine Services, LLC 2026
Unauthorized use is prohibited.



# Executive Marine Services, LLC

64 Deer Trail Road Wakefield, RI 02879

File #EI2601

## Limited Inspection of Hull Damage and Repairs

"Boundless"
Chestnut Cambronne PA

## *PHOTOGRAPHS*



Skeg, prop, strut, shaft, keel with cutless bearing



This document Copyrighted by Executive Marine Services, LLC 2026
Unauthorized use is prohibited.

# Limited Inspection of Hull Damage and Repairs

Strut, shaft, cutless bearing



Upper side of cutless bearing



Lower side of cutless bearing



Forward end of engine wth electrical panel

This document Copyrighted by Executive Marine Services, LLC 2026
Unauthorized use is prohibited.



# Limited Inspection of Hull Damage and Repairs



Starboard side of engine



Port side of engine

This document Copyrighted by Executive Marine Services, LLC 2026
Unauthorized use is prohibited.



# Limited Inspection of Hull Damage and Repairs



Top of the engine



Muffler

This document Copyrighted by Executive Marine Services, LLC 2026
Unauthorized use is prohibited.

401-369-0487 ✦ www.ExecMarine.com


# Limited Inspection of Hull Damage and Repairs



Muffler with shaft coupling on engine and forward end of Aqua Drive



Shaft seal and aft end of Aqua Drive

This document Copyrighted by Executive Marine Services, LLC 2026
Unauthorized use is prohibited.


# Limited Inspection of Hull Damage and Repairs



Shaft seal and shaft log

This document Copyrighted by Executive Marine Services, LLC 2026
Unauthorized use is prohibited.

401-369-0487 ✦ www.ExecMarine.com