**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| Boundless, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Marina Management, Inc. and the City of Washburn,<br><br>Defendants. | Case No. 3:25-cv-00369-wmc<br><br>In Admiralty |

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7(b) of the United States District Court for the District of Minnesota, Attorney Jennifer J. Crancer, Attorney Brian Toder, and the firm of Chestnut Cambronne PA hereby withdraw as counsel of record for Plaintiff Boundless LLC in the above-captioned matter, and Attorney Gregory Erickson and the firm of Mohrman, Kaardal & Erickson P.A. are substituted as counsel of record for Plaintiff Boundless LLC.

1. Attorney Gregory Erickson hereby appears as counsel of record for Plaintiff Boundless LLC and affirms that he represents Plaintiff Boundless LLC in this matter. This paragraph serves as substituted counsel's notice of appearance.

2. This withdrawal and substitution will not delay the trial or other progress of this case.

3. This Notice is filed and served at least 90 days before trial in this civil case. No trial date has been set per the stay of litigation issued by the Court.

4. Upon this withdrawal, counsel of record for Plaintiff Boundless LLC includes at least one attorney who is an active member in good standing of the bar of this Court.

**WITHDRAWING COUNSEL:**

**CHESTNUT CAMBRONNE PA**

Date: 8/25/2026

By: s/ Jennifer J. Crancer____________
Brian Toder (Wis. #1113115)
Jennifer J. Crancer (Wis. #1118726)
100 Washington Ave. S, Suite 1700
Minneapolis, MN 55401
(612) 339-7300
btoder@chestnutcambronne.com
jcrancer@chestnutcambronne.com

**SUBSTITUTED COUNSEL:**

**MOHRMAN, KAARDAL & ERICKSON PA**

Date: 8/27/2026

By: */s/ Gregory M. Erickson*________________
Gregory M. Erickson (Wis. #1050298)
150 S. 5th Street, Suite 3100
Minneapolis, MN 55402
(612) 465-0937
erickson@mklaw.com